**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NORMAN WAITE,<br><br>      Plaintiff,<br><br>   v.<br><br>EAN HOLDINGS, LLC; ENTERPRISE HOLDINGS, INC. and SNORAC, LLC,<br><br>      Defendants. | **Notice of Rule 12(b)(6) Partial Motion to Dismiss**<br><br>Civil Action No.<br>5:21-cv-538 (TJM/TWD) |

      Defendants EAN Holdings, LLC; Enterprise Holdings, Inc. and SNORAC, LLC hereby give notice of their partial motion to dismiss counts two and three of Plaintiff Norman Waite's complaint for failure to state a claim pursuant to Federal Rules of Civil Procedure Rule 12(b)(6). For the reasons stated in the accompanying memorandum of law and the attached Exhibits A-C, defendants move the Court to dismiss counts two and three with prejudice.

This 17th Day of May, 2021

Respectfully submitted,

      /s/ J. Douglas Baldridge

J. Douglas Baldridge
N.D.N.Y. Bar No. 702707
New York Bar No. JB8385
VENABLE LLP
600 Massachusetts Ave. N.W.
Washington D.C. 20001
Tel:  (202) 344-4703
Fax:  (202) 344-8300
Email:  jbaldridge@venable.com

*Attorney for Defendants EAN Holdings, LLC; Enterprise Holdings, Inc.; and SNORAC, LLC*

2

Case 5:21-cv-00538-TJM-TWD    Document 4    Filed 05/17/21    Page 2 of 2